## DEAN v. NORTHWESTERN MUTUAL LIFE INSURANCE CO.

ATKINSON, J. In this case the Court of Appeals ruled: "Under the stipulation in the contract of insurance sued on, to the effect that if 'the insured shall . . furnish proof satisfactory to the company that he has become totally and permanently disabled from any cause, . . the company, on receipt of such proof, will by suitable endorsement of this

322

agreement waive payment of the premiums thereafter falling due under said policy and this agreement during the continuance of such disability,' such proof was a condition precedent to such waiver, and the fact that because of his insanity the insured could not make proof, and that no one else could make such proof for him for the reason that no one knew that he had such policy of insurance, did not have the effect of keeping the policy of insurance in force until his death more than a year from the time of such total disability. Therefore the petition did not set out a good cause of action." *Held*, that the judgment was not erroneous for any of the reasons assigned.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Hill, J., who dissent.*

No. 8435. AUGUST 11, 1932.

328

*McDaniel, Neely & Marshall, Thomas M. Stubbs,* and *Henry C. Peeples,* for plaintiff, cited: Civil Code, §§ 2475, 2499, 4225, 4266, 4268 par. 4, 4319; *North Am. Ins. Co.* v. *Watson,* 6 *Ga. App.* 193; *United Ben. Soc.* v. *Freeman,* 111 *Ga.* 355; *Mass. Ben. Life Ins. Co.* v. *Robinson,* 104 *Ga.* 256; *Northwestern Mut. Life Ins. Co.* v. *Ross,* 63 *Ga.* 199; *Ætna Life Ins. Co.* v. *Palmer,* 159 *Ga.* 371; *Penn Mut. Life Ins. Co.* v. *Hilton,* 160 *Ga.* 168; *Arnold* v. *Empire Life Ins. Co.,* 3 *Ga. App.* 685; *Mut. Life Ins. Co.* v. *Durden,* 9 *Ga. App.* 797; *Pacific Mut. Life Ins. Co.* v. *Meldrim,* 24 *Ga. App.* 487; 54 A. L. R. 600, 611; 33 C. J. 15, § 663; 4 Cooley's Br. Ins. 3462; Levan *v.* Met. Life Ins. Co., 138 S. C. 253 (136 S. E. 304); Pfeiffer *v.* Mo. St. Life Ins. Co., 174 Ark. 783 (297 S. W. 847, 54 A. L. R. 600); Marti *v.* Midwest Life Ins. Co., 108 Neb. 845 (189 N. W. 358); Woodmen's Acc. Asso. *v.* Byers, 62 Neb. 673 (87 N. W. 546, 55 L. R. A. 291, 89 Am. St. R. 77); Met. Life Ins. Co. *v.* Carroll, 209 Ky. 522 (273 S. W. 54); Mo. Life Ins. Co. *v.* LeFevre (Tex. Civ. App.), 10 S. W. (2d) 267; Long *v.* Monarch Acc. Ins. Co., 30 Fed. (2d) 929; Johnston *v.* Met. Cas. Co., 247 Fed. 65; Rhyne *v.* Jeff. Stand. Life Ins. Co., 199 N. C. 419 (154 S. E. 749); Ins. Cos. *v.* Boykin, 12 Wall. 433 (20 L. ed. 442); Valisano *v.* Continental Ins. Co., 254 Mich. 122 (235 N. W. 868), and cit.; Minn. Mut. Life Ins. Co. *v.* Marshall, 29 Fed. (2d) 977; Swann *v.* Atl. Life Ins. Co., 156 Va. 852 (159 S. E. 192) Stipich *v.* Met. Life Ins. Co., 277 U. S. 31 (48 Sup. Ct. 512).

*Colquitt, Parker, Troutman & Arkwright* and *Robert S. Sams,*

for defendant, cited:  *Cato* v. *Ætna Life Ins., Co.,* 164 *Ga.* 392, and cit.; *Hipp* v. *Fidelity Mut. Life Ins. Co.,* 128 *Ga.* 491; *Nat. Life Ins. Co.* v. *Jordan,* 21 *Ga. App.* 647, and cit.; *Tyson* v. *Equitable Assur. Soc.,* 144 *Ga.* 729; *Trav. Ins. Co.* v. *Thornton,* 119 *Ga.* 455; *Penn. Mut. Life Ins. Co.* v. *Milton,* 33 *Ga. App.* 634, and cit.; 32 C. J. 1147; 12 C. J. 407; Parker v. Jeff. Stand. Life Ins. Co., 158 S. C. 394 (155 S. E. 617); N. Y. Life Ins. Co. v. Alexander, 122 Miss. 813 (85 So. 93, 15 A. L. R. 314); Courson v. N. Y. Life Ins. Co., 295 Pa. 518 (145 Atl. 530); Yohalem v. Col. Nat. Life Ins. Co., 244 N. Y. Supp. 666 (136 Misc. 748); Gottlieb v. N. Y. Life Ins. Co., 240 N. Y. Supp. 568 (136 Misc. 194); Walters v. Jeff. Stand. Life Ins. Co., 159 Tenn. 541 (20 S. W. (2d.) 1038); Jones v. N. Y. Life Ins. Co., 158 Wash. 12 (290 Pac. 333); Peoria Life Ins. Co. v. Bergholm, 50 Fed. (2d) 67; Chauncey v. Royal Ins. Co., Mass. — (175 N. E. 638); Safford v. Cleveland Acc. Ins. Co., 37 Ohio App. 84 (174 N. E. 157); Smith v. Mo. State Life Ins. Co., 134 Kan. 426 (7 Pac. (2d) 65).